```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02347
   GREGORY P STAISIUNAS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6548


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/11/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 03/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
DiMONTE & LIZAK          SECURED NOT I         .00          .00           .00
DiMONTE & LIZAK          UNSECURED       NOT FILED          .00           .00
PACIFIC WEST GROUP INC   CURRENT MORTG        .00          .00           .00
PIERCE & ASSOCIATES      SECURED NOT I        .00          .00           .00
PIERCE & ASSOCIATES      UNSECURED       NOT FILED          .00           .00
BRYAN TILLER             PRIORITY        NOT FILED          .00           .00
AMERICAN PROFIT RECOVERY UNSECURED       NOT FILED          .00           .00
CENTER FOR DENTAL IMPLAN UNSECURED       NOT FILED          .00           .00
CITIFINANCIAL INC        UNSECURED       NOT FILED          .00           .00
NATIONAL CREDIT ACCEPTAN UNSECURED       NOT FILED          .00           .00
NEXTEL                   UNSECURED       NOT FILED          .00           .00
RALLA KLEPAK             UNSECURED       NOT FILED          .00           .00
SCOTTS LAWN SERVICE      UNSECURED       NOT FILED          .00           .00
USPS CREDIT UNION        UNSECURED       NOT FILED          .00           .00
PACIFIC WEST GROUP INC   MORTGAGE ARRE   19200.00           .00           .00
CAPITAL ONE              UNSECURED         499.51          .00           .00
CAPITAL ONE              UNSECURED         471.72          .00           .00
LITTON LOAN SERVICING    CURRENT MORTG        .00          .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE   42828.00           .00           .00
BRYAN TILLER             DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02347 GREGORY P STAISIUNAS
```

```
                        ---------------      ---------------
TOTALS                             .00                  .00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 06/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```